UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATENT RIGHTS PROTECTION GROUP, LLC, a Nevada limited liability company,<br><br>       Plaintiff,<br><br>vs.<br><br>VIDEO GAMING TECHNOLOGIES, INC., a Tennessee corporation and SPEC INTERNATIONAL, INC., a Michigan corporation,<br><br>       Defendants. | Case No. 2:08-cv-00662-JCM-LRL<br><br>**ORDER GRANTING COUNTERMOTIONS FOR JURISDICTIONAL DISCOVERY; DENYING WITHOUT PREJUDICE DEFENDANTS' RENEWED MOTIONS TO DISMISS** |

Before this Court are Defendant SPEC International, Inc.'s ("SPEC") *Renewed Motion to Dismiss* (Doc. #61), Defendant Video Gaming Technologies, Inc.'s ("VGT") *Renewed Motion to Dismiss Amended Complaint* (Doc. #62), and Plaintiff Patent Rights Protection Group, LLC's ("PRPG") oppositions to said motions (Doc. #63 and #65) which contained countermotions for jurisdictional discovery. This Court having reviewed the papers submitted in support of, in opposition to, and in reply to the motions and the countermotions, having further heard oral arguments on August 4, 2010, and for good cause appearing,

/ / /

/ / /

/ / /

/ / /

/ / /

1    IT IS HEREBY ORDERED, that PRPG's countermotions for jurisdictional discovery
2  are granted.
3    IT IS FURTHER ORDERED, that SPEC's and VGT's renewed motions to dismiss are
4  denied without prejudice.

                                 _/s/ James C. Mahan_
                                 UNITED STATES DISTRICT JUDGE

DATED: August 18, 2010