UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATENT RIGHTS PROTECTION GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VIDEO GAMING TECHNOLOGIES, INC., a Tennessee corporation and SPEC INTERNATIONAL, INC., a Michigan corporation,<br><br>Defendants. | Case No. 2:08-cv-00662-JCM-LRL<br><br>**ORDER DENYING DEFENDANTS' RENEWED MOTIONS TO DISMISS (Docs. #61, 62)** |

Before this Court are Defendant SPEC International, Inc.'s ("SPEC") *Renewed Motion to Dismiss* (Doc. #61) and Defendant Video Gaming Technologies, Inc.'s ("VGT") *Renewed Motion to Dismiss Amended Complaint* (Doc. #62). This Court having reviewed and considered all of the papers and pleadings on file, the oral arguments of counsel during the February 15, 2011 hearing, and for good cause appearing,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that SPEC's and
2    VGT's renewed motions to dismiss (Docs. #61, 62) are denied.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 17, 2011